# IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON

# IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| JAMES MITCHELL, a single individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY dba ALLSTATE FINANCIAL SERVICES, LLC, a foreign limited liability insurance company license to do business in the state of Washington,<br><br>Defendant. | Cause No.: 21-2-03277-6 SEA<br><br>COMPLAINT FOR PERSONAL INJURIES AND UIM BENEFITS |

COMES NOW PLAINTIFF, JAMES MITCHELL, by and through his attorneys of record, A. Troy Hunter and Ryan C. Sobotka, of Injury Law Group NW, and does hereby allege and claim against the above-named Defendants as follows:

## I.   PARTIES

1.1   At all times material hereto, Plaintiff James Mitchell ("Plaintiff") was residing in King County, Washington.

1.2   Upon information and belief, Defendant Allstate Insurance Company dba Allstate Financial Services, LLC (hereinafter "Allstate") is a foreign limited liability company licensed to

COMP FOR PERSONAL INJURIES AND UIM BENEFITS - 1

INJURY LAW GROUP NW
A DBA OF ISSAQUAH LAW GROUP, PLLC
410 Newport Way Northwest, Suite C
Issaquah, WA 98027
P: (425) 313-1184

sell insurance in the State of Washington and conducts business in King County, Washington.

1.3    At all times materials hereto, Allstate provided Underinsured Motorist Coverage in the amount of $1,000,000 for bodily injury, which was available to Plaintiff James Mitchell as a Rideshare Driver at the time of the motor vehicle collisions at issue herein.

## II.    JURISDICTION AND VENUE

2.1    Jurisdiction is properly with the Superior Court for the State of Washington.

2.2    Pursuant to RCW 4.12.020, venue is proper in King County because the automobile collision that is the subject matter of this lawsuit occurred in King County, Washington.

2.3    Furthermore, a party may file suit in any venue where a defendant corporation transacts business. Venue is proper in King County Superior Court at Seattle, as Defendant Allstate transacts business in King County, Washington by issuing written insurance contracts in King County, Washington to be performed in King County, Washington.

## III.    FACTS

3.1    On or about April 27, 2019, Plaintiff James Mitchell was driving his 2017 Mitsubishi Mirage G4 SE on 15th Avenue South, Seattle, King County, Washington.

3.2    At the time, Plaintiff James Mitchell was operating his vehicle as a Rideshare Driver for Uber subject to the terms and conditions of his agreement with Uber.

3.3    At the time, Plaintiff James Mitchell had an Uber rideshare client in his vehicle and was transporting the client to his intended destination.

3.4    At or about the same time, at-fault driver Robert Cummings was driving a 2015 Toyota Rav4 directly behind Plaintiff James Mitchell.

3.5    At-fault driver Robert Cummings negligently operated his motor vehicle and as a result crashed into the rear-end of James Mitchell's vehicle.

COMP FOR PERSONAL INJURIES AND UIM BENEFITS - 2

INJURY LAW GROUP NW
A DBA OF ISSAQUAH LAW GROUP, PLLC
410 Newport Way Northwest, Suite C
Issaquah, WA 98027
P: (425) 313-1184

PAGE 8/19 * RCVD AT 3/29/2021 10:19:00 AM [Central Daylight Time] * SVR:A0185-XFX0021-S/12 * DNIS:8664474293 * CSID: * ANI: * DURATION (mm-ss):00-00

3.6    At-fault driver Robert Cummings' negligence is not excused by any emergency condition, and there was no justification for his failure to control his vehicle.

3.7    The collision at issue was not caused by the acts or omissions of third parties (known or unknown) over whom Allstate had no control.

3.8    Plaintiff James Mitchell was not contributorily negligent and no act by James Mitchell caused or contributed to the cause of the collision.

3.9    Since James Mitchell was operating as a Rideshare Driver for Uber at the time of the collision, he was afforded first party UIM insurance coverage by Allstate.

3.10   As a direct, immediate and proximate result of at-fault driver Richard Cummings' negligence, James Mitchell sustained permanent and serious injuries and damages, both physical and mental/emotional/psychological. Furthermore, James Mitchell has suffered financial loses and damages including lost wages and earnings potential.

## IV. CAUSE OF ACTION - NEGLIGENCE

4.1    Paragraphs 1.1 through 2.10 are re-alleged and incorporated herein by reference.

4.2    At-fault driver Richard Cummings breached numerous common law and statutory duties owed to Plaintiff James Mitchell, including but not limited to failing to yield the right of way.

4.3    At-fault driver Richard Cummings breached his duty of reasonable care which directly and proximately caused the collision described above.

4.4    As a result of at-fault driver Richard Cummings' negligent conduct, Plaintiff James Mitchell has sustained injuries which are permanent, painful, and progressive and which have required and may in the future require medical care, attention, and treatment. He has and will in the future sustain pain and suffering, disability, and loss of enjoyment of life.

COMP FOR PERSONAL INJURIES AND UIM BENEFITS - 3

INJURY LAW GROUP NW
A DBA OF ISSAQUAH LAW GROUP, PLLC
410 Newport Way Northwest, Suite C
Issaquah, WA 98027
P: (425) 313-1184

PAGE 9/19 * RCVD AT 3/29/2021 10:19:00 AM [Central Daylight Time] * SVR:A0185-XFX0021-S/12 * DNIS:8664474293 * CSID: * ANI: * DURATION (mm-ss):00-00

4.5     Plaintiff James Mitchell is completely innocent of any wrongdoing or contributory negligence and is therefore fault free as to the cause of the collision described herein.

## V.     FACTS RE: UIM CLAIM

5.1     Prior to the accident with the at-fault driver, Plaintiff James Mitchell entered into an agreement to act as a Rideshare Driver for Uber.

5.2     As a Rideshare Driver for Uber, James Mitchell was afforded UIM Coverage through an Allstate commercial automobile insurance policy, policy number 648840028 (the "Policy") issued to Rasier, LLC, a wholly-owned subsidiary of Uber Technologies.

5.3     The coverage afforded by the Policy included Underinsured Motorist Coverage in the amount of $1,000,000 per person, which was available to Plaintiff James Mitchell, as a qualified Rideshare Driver at the time of the motor vehicle collision at issue herein.

5.4     Plaintiff James Mitchell was and is entitled to UIM benefits under the Policy coverage due to the negligence of the at-fault driver Richard Cummings for the April 27, 2019 collision.

5.5     On or about October 8, 2019, GEICO Insurance Company, the third-party auto liability insurer for Richard Cummings, tendered its minimal policy limits to settle James Mitchell's claims against Richard Cummings for injuries and damages sustained in the April 27, 2019 collision.

5.6     On or about October 24, 2019, Allstate, Plaintiff James Mitchell's UIM insurer as a Rideshare Driver for Uber, expressly waived its option to buy-out the underlying Cummings' claim pursuant to Hamilton.

5.7     On or about September 16, 2020, State Farm Insurance Company, the first-party auto insurer for Plaintiff James Mitchell, tendered its full UIM policy limits to settle James

COMP FOR PERSONAL INJURIES AND UIM BENEFITS - 4

INJURY LAW GROUP NW
A DBA OF ISSAQUAH LAW GROUP, PLLC
410 Newport Way Northwest, Suite C
Issaquah, WA 98027
P: (425) 313-1184

PAGE 10/19 * RCVD AT 3/29/2021 10:19:00 AM [Central Daylight Time] * SVR:A0185-XFX0021-S/12 * DNIS:8664474293 * CSID: * ANI: * DURATION (mm-ss):00-00

Mitchell's claims for uncompensated injuries and damages sustained in the April 27, 2019 collision.

5.8   Despite receiving GEICO's limited policy limits and State Farm's full UIM limits, Plaintiff James Mitchell still has not been nearly fully compensated for the injuries and damages he sustained in the collision of April 27, 2019.

5.9   Plaintiff has fully cooperated and complied with the requests of Defendant Allstate throughout the claims process.

## VI.   CAUSE OF ACTION – UIM CLAIM FOR DAMAGES

6.1   Paragraphs 1.1 – 7.9 are re-alleged and incorporated herein by reference.

6.2   Plaintiff James Mitchell and Allstate entered into an agreement or contract to pay Plaintiff UIM insurance benefits in the event of an automobile collision occurring while Plaintiff was working in his capacity as a Rideshare Driver for Uber.

6.3   Under the terms of the contract, Plaintiff James Mitchell is entitled to recover automobile insurance policy benefits, including UIM Coverage up to $1,000,000 from Allstate for the injuries and damages he sustained in the collisions identified herein.

6.4   Plaintiff's damages exceed the combined amount of third-party insurance coverage available to him and the UIM benefits available to him under his own auto insurance policy with State Farm.

6.5   Plaintiff has met all terms and conditions imposed by the Allstate insurance contract.

6.6   Defendant Allstate has a contractual duty and obligation to pay Plaintiff UIM benefits under the insurance contract in such an amount as to make Plaintiff whole for his injuries and damages caused to him by the collision less settlement payments received from GEICO and

COMP FOR PERSONAL INJURIES AND UIM BENEFITS - 5

INJURY LAW GROUP NW
A DBA OF ISSAQUAH LAW GROUP, PLLC
410 Newport Way Northwest, Suite C
Issaquah, WA 98027
P: (425) 313-1184

1 State Farm.

6.7 To date, Plaintiff has not yet been made whole pursuant to his insurance contract with Allstate.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

a. For special damages in an amount to be proven at the time of trial;

b. For general damages in an amount to be proven at the time of trial;

c. For lost income and earnings in an amount to be proven at the time of trial;

d. For costs and disbursements, including reasonable attorneys' fees incurred in bringing this action, that may be allowed by any rule or statute;

e. For pre-judgment interest on special damages; and

f. For such other and further relief as this Court deems just and equitable.

DATED this 11th day of March, 2021.

INJURY LAW GROUP NW

*/s/ A. Troy Hunter*

A. Troy Hunter, WSBA No. 29243
Ryan C. Sobotka, WSBA No. 51217
410 Newport Way NW, Suite C
Issaquah, WA 98027
P: (425) 313-1184
F: (425) 313-1858
troy@injurylawgroupnw.com
ryan@injurylawgroupnw.com
Attorneys for Plaintiff(s)
James Mitchell

COMP FOR PERSONAL INJURIES AND UIM BENEFITS - 6

INJURY LAW GROUP NW
A DBA OF ISSAQUAH LAW GROUP, PLLC
410 Newport Way Northwest, Suite C
Issaquah, WA 98027
P: (425) 313-1184